Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000310
10-JUN-2019
08:38 AM

NO. CAAP-18-0000310

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


KAPOLEI MARKETPLACE, LLC; KAPOLEI-57, LLC, Plaintiffs-Appellees,
v. J1S INCORPORATED; JARROD JONES, Defendants-Appellants,
SHANNON JONES, Defendant-Appellee


APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CIVIL CASE NO. 1RC16-1-6591)


ORDER DISMISSING APPEAL
(By: Reifurth, Presiding Judge, Chan and Hiraoka, JJ.)

Upon review of the record, it appears that:

(1) The opening brief was due on an appellate clerk's extension on or before May 15, 2019;

(2) Defendants-Appellants J1S Incorporated and Jarrod Jones (Appellants) did not file the opening brief or request another extension of time;

(3) On May 23, 2019, the appellate clerk notified Appellants that the time for filing the opening brief had expired, the matter would be called to the court's attention on June 3, 2019, for appropriate action, which could include dismissal of the appeal, under Hawai'i Rules of Appellate

Procedure Rule 30, and Appellants may request relief from default by motion; and

(4) Appellants took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, June 10, 2019.


Presiding Judge


Associate Judge


Associate Judge